UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

286 Rider Ave Development LLC,

                Appellant,

v.

286 Rider Ave Acquisition LLC and Be-Aviv 286 Rider LLC,

                Appellees.

21-CV-8812 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

At the conference held today at 12:45 p.m., the Court set the following expedited briefing schedule for the pending appeal:

- Appellant shall file its brief by December 24, 2021.

- Appellees shall file their briefs by January 10, 2022.

- Any reply shall be filed by January 12, 2022.

- Oral argument will be held on January 13, 2022 at 2:00 p.m. Argument will be held via videoconference. The Court will email the parties the Microsoft Teams link in advance of the conference. Members of the public may listen using the following information: Dial-in number: 917-933-2166; Conference ID: 680061802.

SO ORDERED.

Dated:   December 17, 2021
          New York, New York

_____
RONNIE ABRAMS
United States District Judge